JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ORINDA CARE CENTER, LLC, a California limited liability company, and RENEW HEALTH GROUP, LLC, a California limited liability company,,<br><br>Plaintiffs,<br><br>v.<br><br>MEDPRO GROUP, INC., an Indiana corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-09419-MRW<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION<br><br>Date of Removal: December 6, 2021<br><br>State Court Action: Los Angeles Superior Court<br>Case No.: 21STCV38519 |

577140.1

ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of all parties to the above-captioned action, the Court hereby orders dismissal with prejudice of the above-captioned action, in its entirety, as to claims, counter and cross claims, causes of action, and parties.

    IT IS SO ORDERED.

DATED:  September 16, 2022        /s/ Judge Wilner

_____
Hon. Michael R. Wilner
U.S. Magistrate Judge

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

On September 16, 2022, I served true copies of the following document(s) described as:

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION**

on the interested parties in this action as follows:

| | |
|---|---|
| Ronald D. Kent<br>Sabrina E. Lim<br>DENTONS US LLP<br>601 Figueroa Street, Suite 2500<br>Los Angeles, CA 90017 | *Attorneys for Defendants*<br>MEDPRO GROUP, INC. and<br>NATIONAL FIRE & MARINE<br>INSURANCE COMPANY<br><br>Telephone:  213-623-9300<br>Facsimile: 213-623-9924<br>Email:      ronald.kent@dentons.com<br>            susan.walker@dentons.com<br>            sabrina.lim@dentons.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address aalamango@millerbarondess.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 16, 2022, at Los Angeles, California.

/s/ *Alexandria Alamango*
Alexandria Alamango